ONG SING, Respondent, v. HOM MON DUS, Appellant.

(Supreme Court, General Term, First Department. December 15, 1893.)

Action by Ong Sing against Hom Mon Dus, impleaded, etc.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
W. C. Beecher, for appellant.
H. M. Hermann, for respondent.

PER CURIAM. The fact that the money was loaned gives no ground of arrest. The only ground upon which this order of arrest can be sustained is that the defendant has fraudulently disposed of his property with intent to defraud his creditors. The allegations in the affidavits wholly fail to set up any facts from which any such conclusion can be drawn, and are therefore wholly insufficient. The order should be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

---

PHOENIX MANUF'G CORP., Respondent, v. BARLOW, Appellant.

(Supreme Court, General Term, First Department. December 15, 1893.)

Action by the Phoenix Manufacturing Corporation against Everett D. Barlow.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
Robt. P. Barlow, for appellant.
T. D. Kenneson, for respondent.
No opinion. Order affirmed, with $10 costs and disbursements.

---

SMITH, Respondent, v. RENTZ, Appellant.

(Supreme Court, General Term, First Department. December 15, 1893.)

Action by Eugene Smith, as executor, etc., against Frederika Rentz.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
Leopold Leo, for appellant.
H. B. Closson, for respondent.
No opinion. Motion to resettle denied, with $10 costs. See 25 N. Y. Supp. 914.

---

In re TOCK'S ESTATE.

(Supreme Court, General Term, First Department. December 15, 1893.)

In the matter of Bernard Tock, deceased.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
No opinion. Order modified by inserting the Trust Company, and affirmed as modified, without costs.

---

WOOLLEY, Respondent, v. BUHLER, Appellant.

(Supreme Court, General Term, First Department. December 15, 1893.)

Action by Jennie B. Woolley against William Buhler, Jr.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
Bolton Hall, for appellant.
W. T. Birdsall, for respondent.
No opinion. Motion denied, with $10 costs. See 25 N. Y. Supp. 1045.